UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RAYMOND WALLACE SMITH**  **CIVIL ACTION**

**VERSUS**  **NO. 08-4815**

**WALTER REED/DISTRICT ATTORNEY**  **SECTION: "B"(1)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's 42 U.S.C. § 1983 claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's *habeas corpus* claims are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 8th day of December, 2008.

**UNITED STATES DISTRICT JUDGE**